COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Miguel E. Feraudy. v. The State of Texas

Appellate case number:      01-17-00106-CR

Trial court case number:    1512123

Trial court:                          178th District Court of Harris County

Without an agreed punishment recommendation from the State, appellant, Miguel E. Feraudy, pleaded guilty to the felony offense of burglary of a habitation. The trial court assessed his punishment at confinement for eight years and executed a certification of appellant's right to appeal, stating that this "is a plea-bargain case, and the defendant has NO right of appeal." The certification includes the handwritten notation "State noll[ed] one case as part of plea negotiations."

In cause no. 01-17-00078-CR, *Miguel E. Feraudy v. The State of Texas*, this Court abated the appeal and remanded the case to the trial court to conduct a hearing regarding retained counsel's motion to withdraw and the trial court's certification of appellant's right to appeal. The trial court held a hearing on April 6, 2017, and the court reporter has filed a record of that hearing. We direct the Clerk of this Court to copy the reporter's record of the April 6, 2017 abatement hearing, filed in cause number 01-17-00078-CR on April 24, 2017, and file the copy in this appeal, cause no. 01-17-00106-CR.

It is so ORDERED.


Judge's signature:  /s/ Russell Lloyd
                              ☑ Acting individually     ☐ Acting for the Court

Date:  May 2, 2017